

# COURT OF APPEALS
**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

### NO. 02-13-00400-CV

| | | |
|---|---|---|
| Southwest Surgical Hospital | § | From the 17th District Court |
| | § | of Tarrant County (17-263139-13) |
| v. | § | September 4, 2014 |
| | § | Opinion by Justice Dauphinot |
| Larry G. Bowen | § | Dissent by Justice Livingston |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order. It is ordered that the order of the trial court is affirmed.

It is further ordered that Appellant Southwest Surgical Hospital shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Lee Ann Dauphinot_____
Justice Lee Ann Dauphinot